**Order entered January 17, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00146-CR**

**CAMERON ANDREW MILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F19-46288-H**

**ORDER**

Before the Court is the State's January 12, 2023 motion for extension of time to file the State's brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/　　ERIN A. NOWELL
　　　　JUSTICE